## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## ALBANY DIVISION

| | |
|---|---|
| JOSEPH DAVID MCCLAIN, : | |
| Plaintiff, : | |
| v. : | 1:07-cv-155 (WLS) |
| DAWN MILLER, ET. AL., : | 42 U.S.C. § 1983 |
| Defendant. : | |

**O R D E R**

Before the Court are two Reports and Recommendations from United States Magistrate Judge G. Mallon Faircloth (Doc. Nos. 44, 45), filed March 13, 2008. It is recommended that Defendant Dawn Miller's motion for summary judgment (Doc. No. 38) be granted and that Plaintiff's complaint against her be dismissed as frivolous. (Doc. No. 45). It is also recommended that Defendants', Jimmy Miller, Gordon Screen and Elijah McCoy, motion for summary judgment (Doc. No. 27) be granted and that Plaintiff's complaint against them be dismissed as frivolous. (Doc. No. 44). Plaintiff has not filed a timely, or any, objection to the Report and Recommendation.

Upon full consideration of the record, the Court finds that said Recommendations should be and hereby are, **ACCEPTED**, **ADOPTED** and made the orders of this Court for reason of the findings and reasons set out therein. Accordingly, Defendants' motions for summary judgment (Docs. No. 27, 38) are **GRANTED** and Plaintiff's claims against said Defendant are **found to be frivolous.**

SO ORDERED, this __8th__ day of May, 2008.

             /s/W. Louis Sands
             **W. Louis Sands, Judge**
             **United States District Court**